BERTHA DORRLER, Respondent, v. WILLIAM WIROSTEK and CARRIE WIROSTEK, Individually and as Executrix, etc., Appellants, and Others, Defendants.— Judg-

---

* Amd. by Laws of 1912, chap. 202.— [REP.

† Formerly Code Civ. Proc. § 831.— [REP.

ment unanimously affirmed, with costs to the plaintiff payable out of the estate. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ.